■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES SCHNEIDER and EDWARD WHALEN, Appellants.— Appeal by defendants from a judgment of the County Court, Nassau County, rendered February 19, 1960, convicting them, after a jury trial, of grand larceny in the second degree, and sentencing defendant Whalen to serve a term of 2½ to 5 years, and sentencing defendant Schneider, as a prior felony offender, to serve a term of 5 to 10 years. Judgment affirmed. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MELVIN VAUGHN, Appellant.— Appeal by the defendant from an order of the County Court, Kings County, dated October 5, 1960, denying, without a hearing, his *coram nobis* application to vacate a judgment of said court dated September 30, 1957, rendered on a plea of guilty, convicting him of attempted violation of section 1751 of the Penal Law as a felony and sentencing him as a second felony offender to serve a term of 6 to 10 years. Order affirmed. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEOPHILUS WARD, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated July 29, 1960, denying, without a hearing, his *coram nobis* application to vacate a judgment of said court rendered June 12, 1939, convicting him, after a jury trial, of robbery in the first degree, and sentencing him to serve a term of 10 to 30 years, with 5 to 10 years additional for being armed. Order affirmed. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ LYNN RAYBURN, an Infant, by Her Guardian ad Litem, GENE RAYBURN, et al, Respondents, v. DAVID McKNIGHT et al., Appellants.— In a negligence action by an infant plaintiff, a passenger in a motor vehicle operated by defendant Susanne McKnight and owned by her father, defendant David McKnight, to recover damages for personal injuries sustained when the vehicle left the highway and crashed into some boulders and trees; and by the infant's father to recover damages for medical expenses and loss of services, defendants appeal from an order of the Supreme Court, Westchester County, dated January 3, 1961, granting plaintiffs' motion for summary judgment and directing an assessment of damages, pursuant to rule 113 of the Rules of Civil Practice. Order reversed, without costs, and motion denied. In our opinion, the record presents issues of fact which should be resolved on a trial. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ CLAIRE B. RICKE et al., Respondents, v. WESTCHESTER SURFACE WAYS, INC., et al., Appellants.— In an action to recover damages for injury to person and property suffered as a result of a collision between the motor vehicle, owned by the plaintiff husband and operated by plaintiff wife, and a bus owned by defendant corporation and operated by the individual defendant, both defendants appeal from an order of the Supreme Court, Westchester County, dated December 1, 1960, granting plaintiffs' motion for summary judgment and directing an assessment of damages, pursuant to rule 113 of the Rules of Civil Practice. Order reversed, with $10 costs and disbursements, and motion denied. The record discloses issues of fact which may not be summarily decided on affidavits. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.